UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY MISSISSIPPI,<br><br>                                 Plaintiff,<br><br>               -against-<br><br>WACHOVIA BANK, N.A. et al.,<br><br>                             Defendants. | 08 CV 2516 (VM)<br><br>Electronically Filed<br><br><br>Consolidated Case MDL 1950<br>08 MD 1950 (VM) |

## MOTION FOR ADMISSION *PRO HAC VICE*

      PLEASE TAKE NOTICE that upon the annexed affidavit of Joseph J. Bial, sworn to on July 9, 2008, and the exhibits annexed thereto, Mr. Bial will move this Court before the Honorable Victor Marrero at the United States District Court, 500 Pearl Street, New York, New York 10007, for an order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting admission *Pro Hac Vice* of Charles F. Rule, of the law firm of Cadwalader, Wickersham & Taft LLP, to appear and participate in the above-captioned matter before this Court and for such other and further relief as this court deems just and proper under the circumstances.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY MISSISSIPPI, | 08 CV 2516 (VM) |
| Plaintiff, | Electronically Filed |
| -against- | |
| | Consolidated Case MDL 1950 |
| WACHOVIA BANK, N.A. et al., | 08 MD 1950 (VM) |
| Defendants. | |

## [PROPOSED] ORDER

Upon the motion of Joseph J. Bial, attorney for Financial Securities Assurance Holdings Ltd. and Financial Securities Assurance Inc. (together, "Defendants"), and the affidavit of Mr. Bial in support thereof, **IT IS HEREBY ORDERED** as follows:

(1) The Motion for Admission *Pro Hac Vice* is GRANTED.

(2) Charles F. Rule of the law firm of Cadwalader, Wickersham & Taft LLP is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

**SO ORDERED.**

Dated: July ___, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI,

                                Plaintiff,

                  -against-

WACHOVIA BANK, N.A., et. al.,

                              Defendants.

08-CV-2516 (VM)
Electronically Filed

Consolidated Case MDL 1950
08-MD-1950 (VM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:

                       : SS

COUNTY OF NEW YORK:

        Allison A. DiPasqua being duly sworn, deposes and says:

        1.  I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

        2.  On the 10th day of July, 2008, I served a true and correct copy of:

        •     Motion for Admission Pro Hac Vice

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to

## SERVICE LIST

Alden Lew Atkins
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
Attorneys for First Southwest Company

Michael Morris Buchman
John Douglas Richards
Pomeratz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
Attorneys for Haywood County, Tennessee

David Mark Cave
Michael E. Gertzman
Allon Lifshitz
Moses Silverman
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Attorneys for Lehman Brothers Inc.

David Eggert
Jon Jason Nathan
Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004
and
Craig A. Stewart
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Attorney for GE Funding Capital Market Services, Inc. and Trinity Funding Co., LLC

Jay N. Fastow
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10023
Attorney for National Westminster Bank PLC

Erica Eileen Flores
Matthew D. Ingber

Paula Garrett Lin
Richard Marc Steuer
Michael O. Ware
Steven Wolowitz
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Attorneys for Societe Generale SA

Stephen Thomas Heiser
Howard Jay Kaplan
Lisa Christine Solbakken
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, NY 10022
Attorneys for Cain Brothers & Co., LLC

Nancy Lynn Kestenbaum
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Attorneys for Bear Stearns & Co., Inc.

Christopher Nicholas Manning
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
Attorneys for UBS AG

Richard T. Marooney, Jr.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036
Attorneys for Bank of America N.A.

Precious Tyrone Martin
Roland Gustaf Riopelle
Sercarz & Riopelle, LLP
152 West 57th Street
24th Floor
New York, NY
Attorneys for Hinds County, Mississippi

Marc Elliott Masters
Bird, Marella Boxer
1875 Century Park East #2300

Las Angeles, CA 90067
Attorneys for Winters & Co. Advisors, LLC

John Vincent McDermott
Brownstein Hyatt Farber Schreck, LLP
410 17th Street
Suite 2200
Denver, CO 80202
Attorneys for George K. Baum & Co.

Gianluca Morello
Burton W. Wiand
Fowler White Boggs Banker P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33606
Attorneys for Packerkiss, Inc.

Joshua Michael Newville
Thorn Rosenthal
Lawrence T. Sorkin
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Attorneys for XL Asset Funding Company LLC and XL Life Insurance & Annuity, Inc.

Sarah Jean North
Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Brohrer, P.C.
565 Fifth Avenue
New York, NY 10017
Attorneys for Merrill Lynch & Co.

Shawn Patrick Regan
Hunton & Williams LLP
200 Park Avenue
43rd Floor
New York, NY 10166
Attorneys for Genworth Financial Inc.

Dana Christina Rundlof
John Ryan Wick
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
Attorneys for Morgan & Keegan & Co., Inc.

David Bruce Tulchin
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorneys for Wachovia Bank N.A.

Joseph Franklin Wayland
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attorneys for JP Morgan Chase & Co. and Bear Stearns & Co. Inc.

Richard Benjamin Zabel
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Attorneys for AIG Financial Products Corp. and AIG Sunamerica Assurance Co.