Mark P. Goodman (MG 3848)  
Bryan P. Kessler (BK 7106)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant Security Capital Assurance, Ltd.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (JCF) |
| | ECF Case |
| This Document Relates To: All Actions | **NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Mark P. Goodman and Bryan P. Kessler of Debevoise & Plimpton LLP hereby appear on behalf of Defendant Security Capital Assurance, Ltd., in the above captioned case. The undersigned counsel respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the following address:

> Mark P. Goodman (MG 3848)  
> Bryan P. Kessler (BK 7106)  
> Debevoise & Plimpton LLP  
> 919 Third Avenue  
> New York, New York  10022  
> Ph: (212) 909-6000  
> Fax: (212) 909-6836  
> Email: mpgoodma@debevoise.com  
> Email: bpkessle@debevoise.com

Dated: New York, New York
July 16, 2008

                    DEBEVOISE & PLIMPTON LLP

                    By: _____/s_____
                    Mark P. Goodman (MG 3848)

                    By: _____/s_____
                    Bryan P. Kessler (BK 7106)

                    919 Third Avenue
                    New York, New York  10022
                    (212) 909-6000
                    Fax: (212) 909-6836
                    Email: mpgoodma@debevoise.com
                    Email: bpkessle@debevoise.com

                    *Attorneys for Defendant Security Capital Assurance, Ltd.*