Mark P. Goodman (MG 3848)  
Bryan P. Kessler (BK 7106)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant Security Capital Assurance, Ltd.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE MUNICIPAL DERIVATIVES  
ANTITRUST LITIGATION

This Document Relates To: All Actions

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL No. 1950

Master Docket No. 08-02516 (VM) (JCF)

ECF Case

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Mark P. Goodman and Bryan P. Kessler of Debevoise & Plimpton LLP hereby appear on behalf of Defendant Security Capital Assurance, Ltd., in the above captioned case. The undersigned counsel respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the following address:

        Mark P. Goodman (MG 3848)  
        Bryan P. Kessler (BK 7106)  
        Debevoise & Plimpton LLP  
        919 Third Avenue  
        New York, New York  10022  
        Ph: (212) 909-6000  
        Fax: (212) 909-6836  
        Email: mpgoodma@debevoise.com  
        Email: bpkessle@debevoise.com

Dated: New York, New York
       July 16, 2008

                    DEBEVOISE & PLIMPTON LLP

                    By: _____/s_____
                    Mark P. Goodman (MG 3848)

                    By: _____/s_____
                    Bryan P. Kessler (BK 7106)

                    919 Third Avenue
                    New York, New York  10022
                    (212) 909-6000
                    Fax: (212) 909-6836
                    Email: mpgoodma@debevoise.com
                    Email: bpkessle@debevoise.com

                    *Attorneys for Defendant Security Capital Assurance, Ltd.*