UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-2516 (VM) (JCF)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peggy S. Chen of Davis & Gilbert LLP hereby appears as counsel for Defendants Natixis S.A. and Natixis Funding Corporation in the above-captioned action.

Dated: July 15, 2008
      New York, New York

                        DAVIS & GILBERT LLP

                        By: /s/ Peggy S. Chen
                             Peggy S. Chen
                             1740 Broadway
                             New York, New York  10019
                             Tel: (212) 468-4800
                             Fax: (212) 468-4888
                             pchen@dglaw.com

                        *Counsel for Natixis S.A. and Natixis Funding Corporation*