UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | )<br>)<br>)<br>) MDL No. 1950<br>)<br>) Master Docket No. 08-02516 (VM) (JCF)<br>)<br>) <u>CLASS ACTION</u><br>) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Kana A. Ellis of the law firm King & Spalding LLP hereby appears in this action as counsel for Defendants Bank of America, N.A. and Bank of America Corporation and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
       July 22, 2008

Respectfully submitted,

<u>/s/ Kana A. Ellis</u>
Kana A. Ellis
kellis@kslaw.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 556-2132
Facsimile:  (212) 556-2222

*Counsel for Defendants*
*Bank of America, N.A. and*
*Bank of America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing NOTICE OF APPEARANCE upon all counsel of record via electronic mail.

Dated: New York, New York
       July 22, 2008

                        By:    /s/ Kana A. Ellis _____
                                Kana A. Ellis
                                kellis@kslaw.com
                                King & Spalding LLP
                                1185 Avenue of the Americas
                                New York, NY 10036
                                Telephone: (212) 556-2132
                                Facsimile: (212) 556-2222

                                *Counsel for Defendants*
                                *Bank of America, N.A. and*
                                *Bank of America Corporation*