UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-2516 (VM) (JCF) <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

**DEFENDANT NATIXIS S.A.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Natixis S.A., by and through its undersigned counsel, submits this Corporate Disclosure Statement.

1. Defendant Natixis S.A. is publicly traded on the Euronext Paris.

2. Defendant Natixis S.A. has the following parent companies, neither of which is publicly traded: Banque Fédérale des Banques Populaires and Caisse Nationale des Caisses d'épargne.

Dated: August 5, 2008
New York, New York

                                        DAVIS & GILBERT LLP

                                        By: /s/ Howard J. Rubin
                                            Howard J. Rubin
                                            1740 Broadway
                                            New York, New York 10019
                                            Tel: (212) 468-4800
                                            Fax: (212) 468-4888
                                            hrubin@dglaw.com

*Counsel for Natixis S.A. and Natixis Funding Corporation*

Case 1:08-md-01950-VM    Document 23    Filed 08/05/2008    Page 2 of 2