UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
:
*In Re:* MUNICIPAL DERIVATIVES       :   MDL No. 1950
*ANTITRUST LITIGATION*               :
                                     :   Master Docket No.
------------------------------------------------X   08-cv-2516 (VM)(JCF)
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :   **NOTICE OF APPEARANCE**
ALL ACTIONS                          :
                                     :
------------------------------------------------X

     Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter my appearance *pro hac vice* as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. Attached hereto please find a Certificate of Good Standing issued by the Clerk of the United States District Court for the District of Columbia on July 18, 2008.

Dated: Washington, D.C.
~~July~~ Aug. 4, 2008

                          **BOIES SCHILLER & FLEXNER LLP**

                          By: _____
                              William Isaacson

                          5301 Wisconsin Avenue, NW
                          Suite 800
                          Washington, D.C. 20015
                          (202) 237-2727

                          *Attorneys for Plaintiffs The State of Mississippi*
                          *And Hinds County, Mississippi*

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW

Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**WILLIAM   ISAACSON**

was, on the  5th  day of  December  A.D.  1988  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  18th  day of  July  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____

Deputy Clerk