UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION ) ) ) ) | MDL No. 1950<br><br>Master Docket No. 08-cv-2516 (VM) (JCF) |
| THIS DOCUMENT ERLATES TO: ALL ACTIONS ) ) ) ) | NOTICE OF ENTRY OF APPEARANCE<br><br>**ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that Jeffrey B. Gittleman of Barrack Rodos & Bacine hereby appears as counsel for Plaintiffs in the above-captioned matter.

Dated: August 27, 2008         BARRACK, RODOS & BACINE

                /s/ Jeffrey B. Gittleman
               Jeffrey B. Gittleman
               PA. ID. No. 78417
               3300 Two Commerce Square
               2001 Market Street
               Philadelphia, PA  19103
               Phone: (215) 963-0600
               Facsimile: (215) 963-0838
               E-mail: jgittleman@barrack.com

               *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing Notice of Entry of Appearance was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                        /s/   Jeffrey B. Gittleman
                                                     Jeffrey B. Gittleman