UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
| THIS DOCUMENT RELATES TO:<br><br>*City of Oakland v. AIG Finan. Prods. Corp., et al.*, 08 Civ. 6340 (VM); *County of Alameda v. AIG Finan. Prods. Corp., et al.*, 08 Civ. 7034 (VM); *City of Fresno v. AIG Finan. Prods. Corp., et al.*, 08 Civ. 7355 (VM); *Fresno County Financing Authority*, 09 Civ. 1199 (VM) | |

Plaintiffs City of Oakland, County of Alameda, City of Fresno, and Fresno County Financing Authority, by their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss, without prejudice, their complaint against defendant Financial Guaranty Insurance Company only.

Dated: April 29, 2009        Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:        /s/ Eric B. Fastiff
                Eric B. Fastiff

Richard M. Heimann
*rheimann@lchb.com*
Joseph R. Saveri
*jsaveri@lchb.com*
Eric B. Fastiff
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-4-09

- 1 -

807612.1

Steven E. Fineman
*sfineman@lchb.com*
Daniel E. Seltz
*dseltz@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:   (212) 355-9500
Facsimile:     (212) 355-9592

James A. Quadra
*quadra@meqlaw.com*
Sylvia Sokol
*sokol@meqlaw.com*
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA 94104
Telephone:   (415) 362-3599
Facsimile:     (415) 362-2006

*Attorneys for Plaintiffs City of Oakland, County of Alameda, City of Fresno, and Fresno County Financing Authority*

SO ORDERED:

1 May 2009

U.S.D.J.
Victor Marrero

- 2 -

807612.1