Gorenstein MOG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA; STATE OF MISSISSIPPI; CITY OF BALTIMORE, MARYLAND; CENTRAL BUCKS SCHOOL DISTRICT; and BUCKS COUNTY WATER AND SEWER AUTHORITY<br><br>On behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | Hon. Gabriel W. Gorenstein<br><br>*In re Municipal Derivatives Antitrust Litigation*<br><br>**MDL No. 1950**<br><br>**Master Docket No. 08-02516-VM-GWG**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO ANSWER OR OTHERWISE RESPOND TO THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

Class Action Plaintiffs and Defendant Bank of America, N.A. hereby stipulate and agree that Defendant Bank of America, N.A. shall have until and including 45 days following this Court's ruling on all motions to dismiss filed by other defendants to the Second Consolidated Amended Class Action Complaint to answer or otherwise respond to the Second Consolidated Amended Class Action Complaint.

IT IS SO STIPULATED:

| KING & SPALDING LLP | HAUSFELD LLP |
|---|---|
| By: /s/ Kevin R. Sullivan | By: /s/ Michael D. Hausfeld |
| Kevin R. Sullivan<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 737-0500 | Michael D. Hausfeld<br>1700 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 540-7200 |

Counsel for Defendant
Bank of America, N.A.

Co-Lead Counsel for
Class Action Plaintiffs

Dated: Washington, D.C.
November _1_, 2009

Dated: Washington, D.C.
November _1_, 2009

IT IS SO ORDERED this 3rd day of November, 2009

_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge