# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

MEMORANDUM EN[...]

May 11, 2010

**BY HAND**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/10
```

Re: *In re Municipal Derivatives Antitrust Litigation*,
MDL No. 1950, Master Docket No. 08 Civ. 2516 (VM) (GWG)

Dear Judge Gorenstein:

Enclosed please find two courtesy copies of the corrected version of Plaintiffs' Memorandum in Opposition to the Antitrust Division's Motion for a Stay of Discovery, the supporting declaration and exhibits, and the Plaintiffs' Proposed Order. The Plaintiffs' Memorandum in Opposition to the Antitrust Division's Motion for a Stay of Discovery, and supporting declaration and exhibits, were filed by ECF yesterday evening. The corrected version of the documents amends the signature lines and adds ellipses to the Table of Authorities and does not make any substantive changes to the version filed yesterday evening. The corrected version is being filed by ECF today as well.

Respectfully submitted,

*/s/ Magda Jimenez Train*

Magda Jimenez Train

Enclosures

cc:   All counsel (by electronic mail)

---

In the future, plaintiffs and all other parties should comply with paragraph 2.A through 2.G of this Court's Individual Practices with respect to any motions filed in this matter that are returnable before the undersigned. Paragraph 2.C directs that only one courtesy copy of any motion paper is to be supplied to Chambers.

SO ORDERED:   DATE: 5/11/2010

GABRIEL W. GORENSTEIN
~~UNITED~~ STATES MAGISTRATE JUDGE