UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | ) ) ) ) | MDL No. 1950 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | Master Docket No. 08-02516 (VM) |
| ALL ACTIONS | ) ) ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

**ORDER**

Upon review of the pleadings submitted to this Court, IT IS HEREBY

ORDERED THAT:

1.  Class Plaintiffs' Counsel shall receive a total of $24,572,500 in attorneys' fees to be paid out of settlement funds created by two separate settlement agreements reached with (a) defendants JPMorgan Chase & Co., J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC) and Bear Stearns & Co., Inc. (n/k/a/ J.P. Morgan Securities LLC) ("JPMorgan") and (b) defendants Wachovia Bank, N.A., n/k/a Wells Fargo Bank, N.A., and Wells Fargo & Company ("Wachovia") (the "Settlements").

2.  Class Plaintiffs' Counsel shall be reimbursed $71,796.67 in costs and expenses reasonably incurred in the presentation and settlement of this litigation, to be paid out of the settlement funds created by the Settlements.

3.  Class Plaintiffs' current Lead Counsel (consisting of Hausfeld LLP, Boies Schiller & Flexner, LLP, and Susman Godfrey, LLP) shall have the sole authority to allocate and distribute any attorneys' fees and expenses

awarded pursuant to this Order from the Settlements in a manner which, in the opinion of Lead Counsel, fairly compensates the Class Plaintiffs' Counsel's firms for their services.

4.      An incentive award of $40,000, to be paid equally out of settlement funds created by the Settlements ($120,000 from each Settlement), shall be paid to each of the following named Class Plaintiffs: the City of Baltimore, Maryland; the University of Mississippi Medical Center; the University of Southern Mississippi; the University of Mississippi; the Central Bucks School District; and the Bucks County Water & Sewer Authority.

Dated: 5 November , 2012

SIGNED: New York, NY

_____
Victor Marrero
U.S. District Court Judge