USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                    )
IN RE MUNICIPAL DERIVATIVES         )   MDL No. 1950
ANTITRUST LITIGATION                )
                                    )   Master Docket No. 08-02516 (VM)
_____)
                                    )
THIS DOCUMENT RELATES TO:           )
                                    )
ALL ACTIONS                         )
                                    )
_____)
```

## AMENDED ORDER

Upon review of Class Plaintiffs' Motion for Final Approval of Settlements with Defendants Wells Fargo and JPMorgan and accompanying Memorandum of Law, Docket No. 1724 regarding Class Plaintiffs' Motion for Attorney's Fees is hereby amended as follows.

It is hereby **ORDERED** that Paragraph One of the Order at Dkt. No. 1724 is replaced with the paragraph set forth here:

>    1. Class Plaintiffs' Counsel shall receive a total of ~~$24,572,500~~ **$23,316,150.77** in attorneys' fees to be paid out of settlement funds created by two separate settlement agreements reached with (a) defendants JPMorgan Chase & Co., J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC) and Bear Stearns & Co., Inc. (n/k/a/ J.P. Morgan Securities LLC) ("JPMorgan") and (b) defendants Wachovia Bank, N.A., n/k/a Wells Fargo Bank, N.A., and Wells Fargo & Company ("Wachovia") (the "Settlements").

The remainder of the order as set forth at Docket No. 1724 is unchanged.

**SO ORDERED.**

12-14-12
DATE          VICTOR MARRERO, U.S.D.J.