Marrero, V.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

Master Docket No. 08-02516 (VM) (GWG)

THIS DOCUMENT RELATES TO:
*City of Los Angeles v. Bank of America, N.A., et al.*; No. 08-10351; *City of Redwood City v. Bank of America, N.A., et al.*; No. 10-04988; *City of Richmond v. Bank of America, N.A., et al.*; No. 10-04989; *City of Riverside, et al. v. Bank of America, N.A., et al.*; No. 09-10102; *City of Stockton v. Bank of America, N.A., et al.*; No. 08-10350; *County of Contra Costa v. Bank of America, N.A., et al.*; No. 09-01197; *County of San Diego v. Bank of America, N.A., et al.*; No. 09-01195; *County of San Mateo v. Bank of America, N.A., et al.*; No. 09-01196; *County of Tulare v. Bank of America, N.A., et al.*; No. 10-00628; *East Bay Municipal Utility District v. Bank of America, N.A., et al.*; No. 10-04990; *Los Angeles World Airports v. Bank of America, N.A., et al.*; No. 10-00627; *Los Angeles Unified School District v. Bank of America, N.A., et al.*; No. 11-00361; *Sacramento Municipal Utility District v. Bank of America, N.A., et al.*; No. 09-10103; *Sacramento Suburban Water District v. Bank of America, N.A., et al.*; No. 10-00629; *Redevelopment Agency of the City and County of San Francisco v. Bank of America, N.A., et al.*; No. 10-04987; *The Redevelopment Agency of the City of Stockton, et al. v. Bank of America, N.A., et al.*; No. 10-00630; *Active Retirement Community, Inc., d/b/a Jefferson's Ferry v. Bank of America, N.A., et al.*, No. 10-8273; *Kendal on Hudson, Inc. v. Bank of America, N.A., et al.*; No. 10-09496; *Peconic Landing at Southhold, Inc. v. Bank of America, N.A. et al*; No. 11-00682;

STIPULATION AND
ORDER OF DISMISSAL WITH
PREJUDICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(2) of the Federal

Rules of Civil Procedure, by and between the undersigned attorneys for Plaintiffs as listed in

Exhibit A and Defendants Wells Fargo Bank, N.A. (f/k/a Wachovia Bank, N.A.) and Wells Fargo & Company, subject to the order of the Court, that each and every claim asserted in the above-captioned actions against Defendants Wells Fargo Bank, N.A. (f/k/a Wachovia Bank, N.A.) and Wells Fargo & Company *only* are hereby dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: December 6, 2013

By: /s/ Nanci E. Nishimura
Joseph W. Cotchett
Nanci E. Nishimura
Aron K. Liang
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

By: /s/ David B. Tulchin
David B. Tulchin
Stephanie G. Wheeler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Tel: (212) 291-9166

Christopher M. Viapiano
SULLIVAN AND CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-7056

*Counsel for Plaintiffs City of Los Angeles, City of Redwood City, City of Richmond, City of Riverside, City of Stockton, Contra Costa County, County of San Diego, County of San Mateo, County of Tulare, East Bay Municipal Utility District, Los Angeles World Airports, Los Angeles Unified School District, Sacramento Municipal Utility District, Sacramento Suburban Water District, Public Financing Authority of the City of Riverside, Public Financing Authority of the City of Stockton, Redevelopment Agency of the City of Riverside, Redevelopment Agency of the City and County of San Francisco, Redevelopment Agency of the City of Stockton, Active Retirement Community, Inc., d/b/a Jefferson's Ferry, Kendal on Hudson, Inc. and Peconic Landing at Southhold, Inc.*

*Counsel for Defendants Wells Fargo Bank, N.A. (f/k/a Wells Fargo Bank, N.A.) and Wells Fargo & Company*

2

Louise H. Renne
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome St., Suite 300
San Francisco, CA 94104
Tel: (415) 678-3805
Fax: (415) 678-3838

*Counsel for Plaintiffs*

*City of Los Angeles, County of San Diego,
County of Tulare, Los Angeles World Airports,
Los Angeles Unified School District,
Sacramento Suburban Water District, Contra Costa
County, East Bay Municipal Utility District, City of
Redwood City, City of San Jose, The San Jose
Redevelopment Agency, and Redevelopment Agency
of the City and County of San Francisco*

Barbara J. Hart
Peter D. St. Philip
Scott B. Papp
Deborah Rogozinski
LOWEY DANNENBERG COHEN & HART,
P.C.
One North Broadway, Suite 509
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*Counsel for Plaintiffs Active Retirement Community,
Inc., d/b/a Jefferson's Ferry, Kendal on Hudson, Inc.
and Peconic Landing at Southhold, Inc.*

William H. Parish
PARISH & SMALL
1919 Grand Canal Blvd., Suite A-5
Stockton, CA 95207-8114
Tel: (209) 952-1992
Fax: (209) 952-0250

*Counsel for Plaintiffs City of Stockton, Public
Finance Authority of the City of Stockton, and
Redevelopment Agency of the City of Stockton*

So Ordered: _____   Dated: December 9, 2013
Honorable Victor Marrero
United States District Judge

3

# EXHIBIT A

## INDIVIDUAL ACTIONS

| Plaintiff(s) | Caption/Case Number |
|---|---|
| City of Los Angeles | *City of Los Angeles v. Bank of America, N.A., et al.;* No. 08-10351 |
| City of Redwood City | *City of Redwood City v. Bank of America, N.A., et al.;* No. 10-04988 |
| City of Richmond | *City of Richmond v. Bank of America, N.A., et al.;* No. 10-04989 |
| City of Riverside, The Redevelopment Agency of the City of Riverside, and The Public Financing Authority of the City of Riverside | *City of Riverside, et al. v. Bank of America, N.A., et al.;* No. 09-10102 |
| City of Stockton | *City of Stockton v. Bank of America, N.A., et al.;* No. 08-10350 |
| County of Contra Costa | *County of Contra Costa v. Bank of America, N.A., et al.;* No. 09-01197 |
| County of San Diego | *County of San Diego v. Bank of America, N.A., et al.;* No. 09-01195 |
| County of San Mateo | *County of San Mateo v. Bank of America, N.A., et al.;* No. 09-01196 |
| County of Tulare | *County of Tulare v. Bank of America, N.A., et al.;* No. 10-00628 |
| East Bay Municipal Utility District | *East Bay Municipal Utility District v. Bank of America, N.A., et al.;* No. 10-04990 |
| Los Angeles World Airports | *Los Angeles World Airports v. Bank of America, N.A., et al.;* No. 10-00627 |
| Los Angeles Unified School District | *Los Angeles Unified School District v. Bank of America, N.A., et al.;* No. 11-00361 |
| Sacramento Municipal Utility District | *Sacramento Municipal Utility District v. Bank of America, N.A., et al.;* No. 09-10103 |
| Sacramento Suburban Water District | *Sacramento Suburban Water District v. Bank of America, N.A., et al.;* No. 10-00629 |
| Redevelopment Agency of the City and County of San Francisco | *Redevelopment Agency of the City and County of San Francisco v. Bank of America, N.A., et al.;* No. 10-04987 |
| The Redevelopment Agency of the City of Stockton and The Public Financing Authority of the City of Stockton | *The Redevelopment Agency of the City of Stockton, et al. v. Bank of America, N.A., et al.;* No. 10-00630 |

| Active Retirement Community, Inc., d/b/a Jefferson's Ferry | *Active Retirement Community, Inc., d/b/a Jefferson's Ferry v. Bank of America, N.A., et al.*, No. 10-8273 |
|---|---|
| Kendal on Hudson, Inc. | *Kendal on Hudson, Inc. v. Bank of America, N.A., et al.*; No. 10-09496 |
| Peconic Landing at Southhold, Inc. | *Peconic Landing at Southhold, Inc. v. Bank of America, N.A. et al*; No. 11-00682 |