UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) | MDL NO. 1950 <br><br> Master Docket No. 08-02516 (VM) (GWG) <br><br> ECF Case <br><br><br> DECLARATION OF DAVID V. SACK |

DAVID V. SACK, an attorney admitted to the practice of law in the State of New York, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am admitted to the Bar of this Court and I have appeared as counsel of record in the above-captioned matter in my former position as an associate of DLA Piper LLP (US). I submit this Declaration in support of a motion for an Order permitting me to withdraw as counsel for defendant Transamerica Life Insurance Company.

2. I am no longer affiliated with DLA Piper LLP (US). I understand that attorneys Robert J. Mathias, Quincy M. Crawford III, John Vukelj, and Michael P. McMahan of DLA Piper LLP (US) will continue as counsel in this litigation for defendant Transamerica Life Insurance Company.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 28, 2014

David V. Sack

EAST\75095395.1