UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES<br><br>ANTITRUST LITIGATION | 08 MDL No. 1950<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| THIS DOCUMENT RELATES TO:<br><br>*Utah Housing Corp. v. CDR Financial Products, Inc., et al.*, No. 11-cv-1019 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure, by and between Plaintiff Utah Housing Corporation and Defendant Bayerische Landesbank, subject to the order of the Court, that all claims in the above-captioned action against Defendant Bayerische Landesbank are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

FOR PLAINTIFF:

By: _____
Timothy C. Houpt
Jones Waldo Holbrook & McDonough, PC
170 S. Main Street #1500
Salt Lake City, UT 84101
Tel: (801) 521-3200
Fax: (801) 328-0534
thoupt@joneswaldo.com

Dated: July 10, 2014

FOR DEFENDANT:

By: _____
Mark R. Hellerer
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000
Fax: (212) 858-1500
mark.hellerer@pillsburylaw.com

SO ORDERED: _____
Hon. Victor Marrero
United States District Judge