UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>———————————————————<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (DF)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, DAVID A. BARRETT of Boies, Schiller & Flexner LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Hinds County, Mississippi and for Class Plaintiffs in the above-captioned proceeding.

Dated: August 22, 2014
New York, NY

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

/s/ David A. Barrett
David A. Barrett
575 Lexington Avenue
New York, NY 10022
dbarrett@bsfllp.com
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Hinds County, Mississippi and Co-Counsel for Class Plaintiffs*