UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (DF) |

### DECLARATION OF MAGDA M. JIMENEZ IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD

In support of this Motion to Withdraw the Appearance of Magda M. Jimenez as Counsel of Record and pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I, Magda M. Jimenez, hereby declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel to plaintiff Hinds County, Mississippi and co-lead counsel to plaintiffs.

2. As of September 3, 2014, I will no longer be affiliated with Boies, Schiller & Flexner LLP and will therefore not be involved in the above-referenced matter.

3. My firm, Boies, Schiller & Flexner LLP, continues to be co-counsel for the plaintiffs, and appearances by other attorneys from Boies, Schiller & Flexner LLP have been entered.

4. I am not asserting a retaining or charging lien.

5. This Motion to Withdraw and Declaration in Support of the Motion to Withdraw has been provided to counsel for plaintiffs. Upon filing these papers, they will be served upon all other parties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2014

*Magda M. Jimenez*
_____
Magda M. Jimenez